CO-386-online
10/03

# United States District Court
# For the District of Columbia

JUDICIAL WATCH, INC.          )
                              )
                              )
                              )
        vs      Plaintiff     )   Civil Action No._____
                              )
U.S. FOOD AND DRUG            )
ADMINISTRATION                )
                              )
              Defendant       )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __JUDICIAL WATCH, INC.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __JUDICIAL WATCH, INC.__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_(signature)_
Signature

429716
BAR IDENTIFICATION NO.

Paul J. Orfanedes
Print Name

501 School Street, S.W., Suite 500
Address

Washington     D.C.          20024
City           State         Zip Code

(202) 646-5172
Phone Number