UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JUDICIAL WATCH, INC.** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 07cv1776 (EGS) |
| | ) |
| **UNITED STATES FOOD AND DRUG ADMINISTRATION** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Assistant United States Attorney Darrell Valdez as government counsel in this action.

Respectfully submitted,

 /s/ Darrell C. Valdez
DARRELL VALDEZ, D.C. Bar #420232
Assistant United States Attorney
Judiciary Center Building, Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-2843