UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC. )<br>)<br>       Plaintiff, )<br>v. )<br>)<br>UNITED STATES FOOD AND DRUG )<br>ADMINISTRATION )<br>)<br>       Defendant. )<br>                                ) | Civil Action No. 07cv1776 (EGS) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendant, through undersigned counsel, hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time, to December 21, 2007, to file an Answer or otherwise respond to the Complaint in the above-captioned matter. In support of this motion, Defendants state as follows:

1. Plaintiff filed a civil action on October 3, 2007, pursuant to the Freedom of Information Act ("FOIA") seeking access to documents regarding the vaccine Gardasil.

2. Defendant's response is currently due on Wednesday, November 21, 2007.

3. An enlargement of time is needed to prepare a response to the Complaint because counsel for the Defendant has been in a two-week long trial before the Honorable Magistrate Judge Deborah Robinson in the matter of Czekalski v. Peters, 04cv1403 (DAR). In addition, counsel for the Defendants has been involved in several other matters that have occupied his time and attention, including an appellate memorandum in Summers v. U.S. Dept. of Justice, 07-5315, as well as discovery matters in Shea v. Rice, 02cv577 (JR); Rochon v. Gonzales, 03-958(RCL); and in the consolidated matters of Ascom v. USPS, 00cv1401, Neopost, Inc. V. USPS,

00cv2089, and Francotyp Postalia v. USPS, 01cv804 (PLF), and has been unable to prepare a response to the Complaint.

4.  Pursuant to Local Rule 7(m), counsel for the Defendant contacted Plaintiff's counsel to discuss the above motions.  Plaintiff's counsel stated that Plaintiff consents to the requested enlargement.

For the foregoing reasons, Defendant respectfully requests that the Court enlarge the time to respond to the Complaint up to and including December 21, 2007.

Respectfully submitted,


  /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


  /s/ Rudolph Contreras
RUDOLPH  CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


  /s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C.  20530
(202) 307-2843

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JUDICIAL WATCH, INC.** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 07cv1776 (EGS) |
| | ) |
| **UNITED STATES FOOD AND DRUG ADMINISTRATION** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## ORDER

Upon consideration of Defendant's Consent Motion for Enlargement of Time, and the fact that Plaintiff consents to the enlargement of time, it is this _____ day of _____, 2007

ORDERED that the motion is GRANTED, and it is further

ORDERED that Defendant shall respond to Plaintiff's Complaint on or before December 21, 2007.

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE