UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. FOOD AND DRUG ADMINISTRATION, <br><br> Defendant. | Civil Action No. 1:07-cv-01776 (EGS) |

## DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

Defendant, the United States Food and Drug Administration ("FDA"), by and through its undersigned attorneys, as its answer to plaintiff's complaint, states as follows:

### FIRST DEFENSE

The complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

Defendant faces exceptional circumstances and is exercising due diligence in responding to plaintiff's FOIA request. Accordingly, Defendant is entitled to, and will be requesting, a stay of proceedings in this matter pursuant to 5 U.S.C. § 552(a)(6)(C).

### COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

In response to the numbered paragraphs of the Complaint for Declaratory and Injunctive Relief, Defendants state as follows:

### JURISDICTION AND VENUE

1.     The first paragraph of the Complaint contains Plaintiff's characterization of the lawsuit and jurisdictional allegations, and as such contains legal conclusions to which no response is required. To the extent a response is deemed required, Defendants admit that the

actions is brought pursuant to the Freedom of Information Act, 5 U.S.C. §522, *et seq.* ("FOIA"), and pursuant to 28 U.S.C. § 1331.

2.     This paragraph contains allegations of venue to which no response is required. To the extent that a response is deemed required, Defendants deny the allegations of this paragraph. Defendants aver that the Court's venue over this action is governed by 5 U.S.C. §552(a)(4)(B).

3.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 3. To the extent that an response is required, Defendant admits that Plaintiff's place of business is at 50 School Street, SW, Suite 500, Washington, D.C. 20024, but denies the remainder of the allegations.

4.     Defendant admits the allegations of paragraph 4.

## STATEMENT OF FACTS

5.     Defendant admits that Plaintiff submitted a Freedom of Information Act ("FOIA") request, dated May 9, 2007, to the FDA. The remaining allegations of paragraph 5 contain a characterization of the referenced FOIA request, and Defendant respectfully refers the Court to that document for a full and complete statement of its contents.

6.     Defendant admits the allegations of paragraph 6.

7.     Defendant denies the allegations of paragraph 7 except to admit that FDA sent Plaintiff a letter, dated May 14, 2007, along with a CD-Rom, as a partial response to the referenced FOIA request.

8.     The allegations of paragraph 8 are legal conclusions to which no answer is required. To the extent that an answer is required, Defendant denies the allegations of paragraph 8.

9. Defendant denies the allegations of paragraph 9 except to admit that FDA has not completed its response to the referenced FOIA request.

## COUNT 1

10. Defendant repeats and re-alleges its answers in paragraphs 1 through 9.

11. The allegations of paragraph 11 are legal conclusions to which no answer is required. To the extent that an answer is required, Defendant denies the allegations of paragraph 11.

The remainder of plaintiff's complaint is its request for relief, to which no answer is required, but insofar as an answer may be deemed to be required, Defendant denies that Plaintiff is entitled to the relief requested or to any relief whatsoever against Defendant.

Defendant further denies each and every allegation in the complaint that heretofore has not been specifically answered or otherwise responded to.

Respectfully submitted,

 /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


 /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

 /s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C. 20530
(202) 307-2843

Of Counsel:

DANIEL MERON
General Counsel

GERALD F. MASOUDI
Associate General Counsel
Food and Drug Division

ERIC M. BLUMBERG
Deputy Chief Counsel, Litigation

CLAUDIA J. ZUCKERMAN
Associate Chief Counsel, Litigation
U.S. Dept. of Health & Human Services
Office of the General Counsel
5600 Fishers Lane
Rockville, MD  20857
301-827-3676