IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,       ) | |
|       ) | |
|     Plaintiff,       ) | |
|       ) | C.A. No. 1:07-cv-01776 (EGS) |
| v.       ) | |
|       ) | |
| U.S. FOOD AND DRUG       ) | |
| ADMINISTRATION       ) | |
|       ) | |
|     Defendant.       ) | |
| _____) | |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Jason B. Aldrich of Judicial Watch, Inc. hereby enters his appearance on behalf of Plaintiff in the above-captioned matter.

Respectfully submitted,

JUDICIAL WATCH, INC.

/s/ Jason B. Aldrich
D.C. Bar No. 495488
Suite 500
501 School Street, S.W.
Washington, DC 20024
(202) 646-5172

Attorneys for Plaintiff