IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC. | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 07-01776 (EGS) |
| v. | ) ) ) | |
| U.S. FOOD AND DRUG ADMINISTRATION, | ) ) | |
| Defendant. | ) ) ) | |

**PARTIES JOINT LCvR 16.3 REPORT TO THE COURT**

The parties, pursuant to the Court's order of December 20, 2007, hereby submit this Joint Local Civil Rule 16.3 report to the Court.

This case is a Freedom of Information Act ("FOIA") case filed by Plaintiff on October 3, 2007 pursuant to 5 U.S.C. §552, *et seq*. Plaintiff submitted the FOIA request at issue to Defendant on May 9, 2007. The five part request sought documents pertaining to the approval of vaccines for the prevention of human papilloma virus ("HPV"), and reports to the FDA by third parties regarding problems with the HPV vaccine. On May 14, 2007, Defendant provided to Plaintiff a partial response to Plaintiff's request. Specifically, Defendant provided Plaintiff with a CD-ROM responsive to part four of Plaintiff's request. Plaintiff ultimately filed this suit because Defendant had not responded to the remaining four portions of Plaintiff's request.

Plaintiff's position is that Defendant should be required to at the very least provide a date certain for Defendant to complete its document production and provide a *Vaughn* Index of allegedly exempt responsive records. To this end, Plaintiff plans to file a motion for partial summary judgment on or before February 29, 2008. Plaintiff will oppose any motion by Defendant in this

matter for a stay.

Defendant's position is that neither a dispositive motion nor a *Vaughn* Index can be filed until production is completed. Because of the extent of the documents requested in the remaining requests and the number of documents currently in the FDA's complex FOIA processing queue, Defendant believes that this matter should be stayed pursuant to 5 U.S.C. § 552(a)(6)(C) ("Open America Stay"). Defendant suggests that its Motion for a Stay be filed on or before February 29, 2008.

The parties have agreed that the standard times provided in the Local Rules will govern the time for filing pleadings in this matter. The parties also agree that the case would not benefit from the Court's alternative dispute resolution procedures at this time.

Respectfully submitted,

| | |
|---|---|
| /s/ Paul J. Orfanedes | /s/ Darrell C. Valdez |
| DC Bar No. 429716 | DC Bar No. 420232 |
| /s/ Jason B. Aldrich | Assistant U.S. Attorney |
| DC Bar No. 495488 | Judiciary Center Building |
| Judicial Watch, Inc. | 555 4th Street, N.W. |
| Suite 725 | Civil Division |
| 501 School Street, S.W. | Washington, DC 20530 |
| Washington, D.C. 20024 | Tel: (202) 307-2843 |
| Tel.: (202) 646-5172 | Fax: (202) 514-8780 |
| Fax: (202) 646-5199 | E-mail: darrell.valdez@usdoj.gov |
| E-mail: porfanedes@judicialwatch.org | |
| jaldrich@judicialwatch.org | |
| | |
| Attorneys for Plaintiff | Attorney for Defendant |