UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07-cv-01776 (EGS) |
| ) | |
| U.S. FOOD AND DRUG ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION TO HOLD PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT IN ABEYANCE PENDING RESOLUTION
OF DEFENDANT'S MOTION FOR OPEN AMERICA STAY**

Pursuant to Fed. R. Civ. P. 6(b) and the Court's inherent authority, Defendant, by and through undersigned counsel, respectfully moves this Court to hold Plaintiff's Motion for Summary Judgment in abeyance pending a determination upon Defendant's previously-filed Motion for an Open America Stay. Specifically, because Defendant's Motion was filed prior to Plaintiff's dispositive motion, and because the granting of a stay may resolve or otherwise alter the claim before the Court, Defendant requests that the Court hold in abeyance Plaintiff's Motion and stay the deadline for Defendant's response to Plaintiff's Motion pending a ruling on the Open America Stay issue. In support of this Motion, Defendant respectfully refers this Court to the Memorandum of Points and Authorities below.

Pursuant to Local Rule 7(m), counsel for the Defendant contacted Plaintiff's counsel to discuss the above motions. Plaintiff's counsel stated that Plaintiff opposes Defendant's Motion.

A proposed order consistent with this motion is attached.

## MEMORANDUM OF POINTS AND AUTHORITIES

1.     By letter dated May 9, 2007, Plaintiff submitted a request for documents to the Food and Drug Administration (FDA or agency) under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, seeking five categories of documents relating to vaccines for human papillomavirus (HPV), which causes cervical cancer.[1]  Pl.'s Cmplt. ¶ 5.

2.     By letter dated May 10, 2007, FDA notified Plaintiff that the agency would respond to its request as soon as possible.  On May 14, 2007, FDA provided a partial response to Plaintiff by forwarding a CD-Rom containing numerous documents requested in category four.  The remaining requests (for categories one, two, three, and five) were matter was placed in a "complex track" for processing.

3.     On October 3, 2007, Plaintiff filed its Complaint to compel the records sought in its FOIA request.  Dkt. No. 1.  On December 20, 2007, Defendant filed an Answer which, among other things, advised Plaintiff that the government intended to seek a stay of proceedings in this matter, pursuant to 5 U.S.C. § 552(a)(6)(C).  Dkt. No. 6.

4.     Due to exceptional circumstances of this matter that are more fully set forth in Defendant's Motion for a Stay in Proceedings, a stay of this matter is appropriate under <u>Open America v. Watergate Special Prosecution Force</u>, 547 F.2d 605 (D.C. Cir. 1976), and 5 U.S.C. § 552(a)(6)(C), until the FDA is able to finish processing Plaintiff's requests.  Accordingly, Defendant filed a Motion for a Stay in Proceedings Pending Completion of the Search and Production of Documents.  Dkt. No. 10.

---

[1] Gardasil®, manufactured by Merck and Co., Inc., is the only FDA-approved vaccine for use in the prevention of cervical cancer caused by HPV.

5.      In response to Defendant's Motion for a Stay of Proceedings, Plaintiff filed a Motion for Summary Judgment. Dkt. No. 11.

6.      This Court should determine the appropriateness of an Open America Stay raised by Defendant prior to the matter proceeding to a dispositive motions phase. Determination of an Open America Stay in favor of Defendant may resolve or alter the matter regarding the remaining categories of requests, and may make it unnecessary to consider the merits of Plaintiff's motion. To save the time of the Court and reduce the expenses of the parties, it is, therefore, appropriate to hold in abeyance (or deny without prejudice) the summary judgment motion until the Open America Stay request is resolved. See e.g., Fairview Hosp. v. Leavitt, 05-1065 (RWR), 2007 WL 1521233 at *3 (D.D.C. May 22, 2007) (granting a stay in proceedings where holding the case in abeyance pending the final resolution of a collateral matter "will foster efficiency and conservation of resources for both the parties and the court").

## CONCLUSION

WHEREFORE, for all the foregoing reasons, Defendant respectfully requests that the Court hold Plaintiff's Motion for Summary Judgment in abeyance, and order that Defendant need not file an opposition thereto until the Court has ruled on Defendant's Motion for a Stay of Proceedings.

                    Respectfully submitted,

                    _/s/ Jeffrey A. Taylor_
                    JEFFREY A. TAYLOR, D.C. BAR # 498610
                    United States Attorney

                    _/s/ Rudolph Contreras_
                    RUDOLPH CONTRERAS, D.C. BAR # 434122
                    Assistant United States Attorney

                    _/s/ Darrell C. Valdez_
                    DARRELL C. VALDEZ, D.C. BAR # 420232
                    Assistant United States Attorney
                    Judiciary Center Building
                    555 4th St., N.W., Civil Division
                    Washington, D.C. 20530
                    (202) 307-2843

Of Counsel:

JAMES C. STANSEL
Acting General Counsel

GERALD F. MASOUDI
Associate General Counsel
Food and Drug Division

ERIC M. BLUMBERG
Deputy Chief Counsel, Litigation

CLAUDIA J. ZUCKERMAN
Associate Chief Counsel for Enforcement
U.S. Dept. of Health & Human Services
Office of the General Counsel
5600 Fishers Lane, GCF-1
Rockville, MD 20857
301-827-3676

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07-cv-01776 (EGS) |
| ) | |
| U.S. FOOD AND DRUG ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of Defendant's Motion to Hold Plaintiff's Motion for Summary Judgment in Abeyance Pending Resolution of Defendant's Motion for a Stay in Proceedings; and the Court having found that it is in the interest of judicial economy to rule on Defendant's Motion prior to considering Plaintiff's Motion for Summary Judgment, it is this _____ day of March, 2008, hereby

ORDERED, that the Defendant's Motion to Hold Plaintiff's Motion for Summary Judgment in Abeyance is hereby GRANTED, and it is further

ORDERED that Plaintiff's Motion for Summary Judgment is hereby STAYED, pending further order of the Court.

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE