IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 1:07-CV-01776 (EGS) |
| U.S. FOOD AND DRUG ADMINISTRATION, | ) |
| Defendant. | ) |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO HOLD PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT IN ABEYANCE**

Plaintiff Judicial Watch, Inc., by counsel, hereby submits this Opposition to Defendant's Motion to Hold Plaintiff's Motion for Summary Judgment in Abeyance Pending Resolution of Defendant's Motion for Open America Stay. As grounds therefor, Plaintiff states as follows:

**MEMORANDUM OF LAW**

Pursuant to the meet and confer statement jointly filed by the parties on February 12, 2008, Plaintiff filed its motion for summary judgment in this matter on February 29, 2008. Defendant U.S. Food and Drug Administration ("FDA") now seeks to have this court hold Plaintiff's motion in abeyance until the court has ruled on Defendant's motion for an *Open America* stay, also filed on February 29, 2008.

Defendant's Motion for Open America Stay contains the Declaration of Frederick J. Sadler. ("Sadler Dec."). Mr. Sadler states that Plaintiff's May 9, 2007 FOIA request was forwarded to Defendant's Division of Disclosure and Oversight Management's Access Litigation and Freedom of Information Branch ("ALFOI") in the Center for Biologics Evaluation and Research ("CBER"). Sadler Dec. at ¶12.

However, Sadler's Declaration also states that Defendant sent Plaintiff's FOIA request to 8 other component offices within the FDA: (1) the Office of the Chief Counsel; (2) the Center for Drug Evaluation and Research; (3) the Division of Dockets Management; (4) the Office of Regulatory Affairs; (5) the Office of Legislation; (6) the Office of Public Affairs; (7) the Office of the Executive Secretariat; and (8) the Immediate Office of the Commissioner. Sadler Dec. at ¶¶ 12-14.

Plaintiff first notes that Defendant's motion for an Open America stay concerns only one of these components. Defendant argues that only CBER will allegedly require 38 months to finish processing Plaintiff's FOIA request. See Defendant's Motion for Open America Stay at 2, 31. See also Declaration of Joanne Binkley ("Binkley Dec.") at ¶30. The other eight components at issue have been producing documents, however belatedly. Specifically, since February 29, Plaintiff has received responsive documents from 3 of the 8 components referenced by Mr. Sadler; on or about March 3, 2008, Plaintiff received responsive documents, some of which were redacted, from the Office of Public Affairs,[1] and on March 6, 2008 Plaintiff received them from the Immediate Office of the Commissioner and the Office of the Executive Secretary. *See* Exhibit 1.

In addition, as noted in Plaintiff's motion for summary judgment, Plaintiff also received responses from three agency components in February of 2008. Plaintiff's Motion for Summary Judgment ("Plaintiff's Motion") at 3-4.[2] Two of these components stated that they had found no

---

[1] This production is dated February 28, 2008. However, Plaintiff did not receive it until March 3, 2008.

[2] One of these responses dated February 11, 2008, came from CBER which is supposedly the component that will need the 38 additional months to complete its work. *Id.* at 4.

responsive documents, while a third, the Division of Dockets Management, produced several hundred pages of responsive documents on or about February 15, 2008. *Id*. at 7. Plaintiff's request is still pending in at least one other component, the Office of Legislation. *Id.* Finally, Defendant informed Plaintiff for the first time in its motion to stay that the Office of Regulatory Affairs did not find any responsive documents. *See* Sadler Dec. at ¶14.

Under these circumstances, Defendant's motion to hold Plaintiff's motion for summary judgment in abeyance is not appropriate. Granting either the instant motion or Defendant's motion for an Open America stay will effectively prevent Defendant from having to explain its haphazard response to Plaintiff's FOIA request for at least another 3 years. Plaintiff and this court deserve an explanation *now* as to why Defendant took so long to respond to Plaintiff's FOIA request and why Defendant requires a stay of the *entire* case when, over the past month, it is has shown itself quite capable of responding to other parts of Plaintiff's request. Defendant should also be required to explain why it waited nearly nine months before forwarding Plaintiff's request to two of the FDA components identified by Mr. Sadler. Plaintiff's Motion at 7. Finally, Defendant's response from the Office of Public Affairs contains numerous redactions that Defendant has made no effort as of yet to explain. There is no reason why Defendant should not be required to provide a *Vaughn* Index for those or any other withheld or redacted documents, so that Plaintiff can challenge Defendant's claims of exemption. Nor is there any reason why adjudication of Defendant's claims of exemption should have to wait for 3 years to occur. In sum, assuming any stay is appropriate, and it is not, it should only be granted as to CBER, not the FDA as a whole.

The case cited by Defendant in support of its motion, *Fairview Hospital v. Leavitt*, 2007 U.S. Dist. LEXIS 37296 D.D.C. May 22, 2007), does not support the grant of a stay in this instance. Plaintiff does not contest that the court "has broad discretion in granting or denying stays so as to coordinate the business of the Court efficiently and sensibly." *Leavitt*, 2007 U.S. Dist. LEXIS 37296 at *3. Plaintiff respectfully submits that it is not efficient to effectively shut down Plaintiff's ability to pursue this case when Defendant's own actions demonstrate that at least part of the case is ready to move forward.

For the foregoing reasons, Defendant's motion to hold Plaintiff's motion for summary judgment in abeyance should be denied.

    Respectfully submitted,

    JUDICIAL WATCH, INC.

    /s/ Jason B. Aldrich, Esq.
    D.C. Bar No. 495488
    Paul J. Orfanedes
    D.C. Bar No. 429716
    Suite 500
    501 School Street, S.W.
    Washington, DC 20024
    (202) 646-5172

    Attorneys for Plaintiff

# EXHIBIT 1



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Food and Drug Administration
Rockville, MD 20857

DEE GROTHE
JUDICIAL WATCH INC
501 SCHOOL ST SW STE 500
WASHINGTON DC 20024

02/28/2008

In Reply refer to:
2007-4707

Dear Requester:

This is in reference to your request(s) for record(s) from the Food and Drug Administration (FDA) pursuant to the Freedom of Information Act (FOIA).

MERCK - GARDASIL; GLAXOSMITHKLINE - CERVARIX RPTS, CORR, VAERS, ETC

The enclosed records were located in the Office of Public Affairs and constitute the complete response from that component. Other agency components will respond with additional responsive records under separate cover. Certain material has been deleted from the records furnished to you because a preliminary review of the records indicated that the deleted information is not required to be publicly disclosed and that disclosure is not appropriate. FDA has taken this approach to facilitate the process of responding to you. If you dispute FDA's preliminary determination and would like FDA to reconsider any particular deletion, please let us know in writing at the address listed below within 30 days from the date of this letter. If we do not receive a response in that time period, we will consider the matter closed. If you do request further consideration and if the agency then formally denies your request for any or all of the previously-withheld information, you would have the right to appeal that decision. Any letter of denial will explain how to make this appeal.

The following charges for this request to date may be included in a monthly invoice:
  Reproduction   Search   Review   Fiche   Other   Total

Reproduction=$0.00   Search=$0.00   Review=$0.00   Fiche=$0.00   Other=$0.00   Total=$0.00

All communications concerning this request should be identified with the reference number above and addressed as follows:

   Food and Drug Administration
   Freedom of Information Staff, HFI-35
   5600 Fishers Lane (Room 6-30)
   Rockville, MD 20857

Sincerely Yours,

*Theola Myo Khin*
Theola Myo Khin
Freedom of Information Specialist

Enclosures:
 if indicated



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Food and Drug Administration
Rockville, MD 20857

DEE GROTHE
JUDICIAL WATCH INC
501 SCHOOL ST SW STE 500
WASHINGTON DC 20024

03/05/2008

In Reply refer to:
2007-4707

Dear Requester:

This is a partial response to your request for record(s) from the Food and Drug Administration pursuant to the Freedom of Information Act regarding:

MERCK - GARDASIL; GLAXOSMITHKLINE - CERVARIX RPTS, CORR, VAERS, ETC

Copies of the following record(s) are enclosed:

Responsive records obtained from the Office of the Commissioner, Office of the Executive Secretary.

Certain material has been deleted from the records furnished to you because a preliminary review of the records indicated that the deleted information is not required to be publicly disclosed and that disclosure is not appropriate. FDA has taken this approach to facilitate the process of responding to you. If you dispute FDA's preliminary determination and would like FDA to reconsider any particular deletion, please let us know in writing at the address listed below within 30 days from the date of this letter. If we do not receive a response in that time period, we will consider the matter closed. If you do request further consideration and if the agency then formally denies your request for any or all of the previously-withheld information, you would have the right to appeal that decision. Any letter of denial will explain how to make this appeal.

Reproduction=$0.00   Search=$0.00   Review=$0.00   Fiche=$0.00   Other=$0.00   Total=$0.00

The above total may not reflect final charges for this request. Please do not send payment unless you receive an invoice.

All communications concerning this request should be identified with the reference number above and addressed as follows:

    Food and Drug Administration
    Freedom of Information Staff, HFI-35
    5600 Fishers Lane (Room 6-30)
    Rockville, MD 20857

Sincerely Yours,

Theola Myo Khin

Freedom of Information Specialist

Enclosures:
 if indicated



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Food and Drug Administration
Rockville, MD 20857

DEE GROTHE
JUDICIAL WATCH INC
501 SCHOOL ST SW STE 500
WASHINGTON DC 20024

03/05/2008

In Reply refer to:
2007-4707

Dear Requester:

This is a partial response to your request for record(s) from the Food and Drug Administration pursuant to the Freedom of Information Act regarding:

MERCK - GARDASIL; GLAXOSMITHKLINE - CERVARIX RPTS, CORR, VAERS, ETC

Copies of the following record(s) are enclosed:

Responsive records located in the Immediate Office of the Commissioner.

Certain material has been deleted from the records furnished to you because a preliminary review of the records indicated that the deleted information is not required to be publicly disclosed and that disclosure is not appropriate. FDA has taken this approach to facilitate the process of responding to you. If you dispute FDA's preliminary determination and would like FDA to reconsider any particular deletion, please let us know in writing at the address listed below within 30 days from the date of this letter. If we do not receive a response in that time period, we will consider the matter closed. If you do request further consideration and if the agency then formally denies your request for any or all of the previously-withheld information, you would have the right to appeal that decision. Any letter of denial will explain how to make this appeal.

Reproduction=$0.00  Search=$0.00  Review=$0.00  Fiche=$0.00  Other=$0.00  Total=$0.00

The above total may not reflect final charges for this request. Please do not send payment unless you receive an invoice.

All communications concerning this request should be identified with the reference number above and addressed as follows:

> Food and Drug Administration
> Freedom of Information Staff, HFI-35
> 5600 Fishers Lane (Room 6-30)
> Rockville, MD 20857

Sincerely Yours,

Theola Myo Khin
Freedom of Information Specialist

Enclosures:
 if indicated

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 1:07-CV-01776 (EGS) |
| ) | |
| U.S. FOOD AND DRUG ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### [PROPOSED] ORDER

Upon consideration of Defendant's Motion to Hold Plaintiff's Motion For Summary Judgment in Abeyance Pending Resolution of Defendant's Motion for Open America Stay, and the entire record herein, it is hereby

ORDERED that:

1. Defendant's motion is denied.


SO ORDERED: _____

                                                            Hon. Emmet G. Sullivan
                                                            United States District Judge

Date: