IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>U.S. FOOD AND DRUG )<br>ADMINISTRATION, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 1:07-CV-01776 (EGS) |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR AN OPEN AMERICA STAY**

Plaintiff, by counsel, respectfully submits this unopposed motion for an extension of time in which to file its opposition to Defendant's Motion for an Open America Stay of Proceedings Pending Completion of the Search and Production of Documents. As grounds therefor, Plaintiff states as follows:

**MEMORANDUM OF LAW**

Plaintiff's Opposition to Defendant's Motion for Summary Judgment is currently due on or before Friday, March 14, 2007. However, due to other upcoming matters, Plaintiff respectfully submits that it will need additional time. Plaintiff is currently preparing an opposition to motion for stay in *Judicial Watch, Inc., v. U.S. National Archives and Record Administration*, C.A. No. 07-1267 (JR). Plaintiff's counsel also requires time to prepare for a hearing to be held in that matter on March 20, 2008. Finally, in the instant matter, Plaintiff had to prepare a response to Defendant's Motion to Hold Plaintiff's Motion for Summary Judgment in Abeyance. Therefore, in order to fully prepare an appropriate response, Plaintiff requests that it be granted until Monday, March 24, 2008 to file its opposition.

Jason Aldrich Esq., counsel for Plaintiff has contacted counsel for Defendant, Darrell C. Valdez, Esq., concerning this motion. Mr. Valdez stated that her client consents to Plaintiff's request.

WHEREFORE, Plaintiff respectfully requests that the Court grant Plaintiff up to and including Monday, March 24, 2008 in which to file its Opposition to Defendant's Motion for Summary Judgment.

Respectfully submitted,

JUDICIAL WATCH, INC.

/s/ Jason B. Aldrich, Esq.
DC Bar No. 495488
Paul J. Orfanedes, Esq.
DC Bar No. 429716
Suite 725
501 School Street, S.W.
Washington, D.C. 20024
(202) 646-5160

Attorneys for Plaintiff

## **LOCAL RULE 7.1(m) CERTIFICATE OF COUNSEL**

On March 11, 2008, I contacted Darrell C. Valdez, Esq., counsel for Defendant, by telephone, to confer, and to inquire whether his client would consent to the relief requested herein. On March 12, 2008, Mr. Valdez returned my call, and stated that his client consents to the requested relief.

/s/ Jason B. Aldrich, Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>U.S. FOOD AND DRUG )<br>ADMINISTRATION, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 1:07-CV-01776 (EGS) |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Unopposed Motion for Extension of Time to File Opposition to Defendant's Motion for an Open America Stay of Proceedings Pending Completion of the Search and Production of Documents, and the entire record herein, it is hereby

ORDERED that:

1. Plaintiff's Motion is granted.

2. Plaintiff's Opposition to Defendant's Motion for an Open America Stay of Proceedings Pending Completion of the Search and Production of Documents shall be due on or before Monday, March 24, 2008.

3. Defendant's Reply shall be filed by Friday, April 4, 2008.


SO ORDERED:                                      _____
                                                 Hon. Emmet G. Sullivan
                                                 United States District Judge

Date: